**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**  
   Shoreview Apartments LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   
3. **Debtor's federal Employer Identification Number (EIN)**  
   8 7 – 3 1 7 6 7 8 0

4. **Debtor's address**

   **Principal place of business**
   
   9050 N. Capital of Texas Hwy.  
   Number   Street
   
   Bldg. 3 Suite 320
   
   Austin        TX    78759  
   City           State  ZIP Code
   
   Travis County  
   County

   **Mailing address, if different from principal place of business**
   
   _____  
   Number   Street
   
   P.O. Box _____
   
   _____  
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   1161 3rd Ave. East  
   Number   Street
   
   Bradenton      FL    34208  
   City           State  ZIP Code

5. **Debtor's website (URL)** _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Shoreview Apartments LLC** _____ Case number (*if known*)_____
Name

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY
       District _____ When _____ Case number _____
                                            MM / DD / YYYY

---

Debtor **Shoreview Apartments LLC** Case number (*if known*)_____
       Name

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes. Debtor Shoreview Holding LLC, PLF Shoreview LLC / MDW Shoreview LLC, PLF Shoreview Mezz LLC / PLF Shoreview Mezz LLC   Relationship Affiliates
            District Western District of Texas   When 4/24/25 (MM/DD/YYYY)
            Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street
    _____
    _____
    City                                State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **Shoreview Apartments LLC**
Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/24/2025
MM / DD / YYYY

X _/s/ Monte Lee-Wen_
Signature of authorized representative of debtor

Monte Lee-Wen
Printed name

Title **Manager**

**18. Signature of attorney**

X *s/ Stephen J. Humeniuk*
Signature of attorney for debtor

Date 04/24/2025
MM / DD / YYYY

Stephen J. Humeniuk
Printed name

Troutman Pepper Locke LLP
Firm name

300 Colorado Street, Suite 2100
Number    Street

Austin                            TX        78701
City                              State     ZIP Code

512-305-4838
Contact phone

stephen.humeniuk@troutman.com
Email address

24087770                          TX
Bar number                        State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Shoreview Holding, LLC | Case No. 25-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor Shoreview Holding, LLC (the "Debtor") hereby states as follows:

Debtor is a Delaware limited liability company that is wholly owned by Shoreview Apartments, LLC, which is a wholly owned by 1161 Shoreview, LLC, which is owned by Shoreview Capital, LLC and EYG 1161 Shoreview, LLC. Shoreview Capital, LLC is owned by Shoreview Capital GP, LLC and other investors that indirectly own no more than 10% or more of Debtor's membership interests. None of Shoreview Capital GP, LLC's members indirectly own more than 10% or more of Debtor's membership interests. EYG 1161 Shoreview, LLC is owned by EYG Shoreview Manager, LLC and other investors—neither of which indirectly own more than 10% or more of Debtor's membership interests. No publicly held corporation owns 10% or more of Debtor's membership interests.

312244175v.1

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Shoreview Apartments, LLC | Case No. 25-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor Shoreview Apartments, LLC (the "Debtor") hereby states as follows:

1. Debtor is a Delaware limited liability company that is wholly owned by 1161 Shoreview, LLC, which is owned by Shoreview Capital, LLC and EYG 1161 Shoreview, LLC. Shoreview Capital, LLC is owned by Shoreview Capital GP, LLC and other investors that indirectly own no more than 10% or more of Debtor's membership interests.

2. None of Shoreview Capital GP, LLC's members indirectly own more than 10% or more of Debtor's membership interests. EYG 1161 Shoreview, LLC is owned by EYG Shoreview Manager, LLC and other investors—neither of which indirectly own more than 10% or more of Debtor's membership interests. No publicly held corporation owns 10% or more of Debtor's membership interests.

3. Debtor owns 100% of the equity interests in affiliated debtor Shoreview Holding, LLC.

312244899v.1

**Fill in this information to identify the case:**

Debtor name: Shoreview Apartments LLC

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | N/A | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  Shoreview Apartments LLC
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Shoreview Apartments LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (*If known*): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/24/2025__   X _/s/ Monte Lee-Wen_
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Monte Lee-Wen
Printed name

Manager
Position or relationship to debtor

Official Form 202       Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SHOREVIEW APARTMENTS LLC, et al.,[1] | ) Case No. 25- |
| Debtors. | ) (Joint Administration Requested) |

## VERIFICATION OF CREDITOR MATRIX

The undersigned hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

Dated: April 24, 2025

_____
Monte Lee-Wen, Manager
Signer/Title

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Shoreview Holding, LLC (8428), PLF Shoreview, LLC (7602), MDW Shoreview, LLC (8649), Shoreview Apartments, LLC (8428), PLF Shoreview Mezz, LLC (1270), and MDW Shoreview Mezz, LLC (3408). The notice address for the Debtors is 1570 Indian Creek R., Marion, IA 52302.

```
Drane & Freyer Limited
Attn: Timothy M. Enright
200 West Madison Street Suite 2800
Chicago, IL 60606

Equity Yield Group
Attn: Ryan Webster
1570 Indian Creek Road
Marion, IA 52302

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 145595
MC 8420G
Cincinnati, OH 45250

Kelley Clarke PC
Attn: Dugan Kelley
603 East Broadway Street
Prosper, TX 75078

Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Lauren Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Margaret Leachman
United States Attorney's Office
903 San Jacinto Blvd. Suite 334
Austin, TX 78701

Meisha Wilson
1813 Manatee Avenue West
Bradenton, FL 34205


Office of General Counsel
Hipolito Garcia Federal Bldg
and Courthouse
615 E. Houston Street, Room 347
San Antonio, TX 78205
```

```
Paul Feikema
8820 17th Avenue Circle NW
Bradenton, FL 34209

Pearlmark
Attn: Mark Witt
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Douglas W. Lyons
200 West Madison Street Suite 2800
Chicago, IL 60606

Pearlmark
Attn: Loan Servicing
200 West Madison Street Suite 2800
Chicago, IL 60606

Texas Comptroller of Public Accounts
Revenue Acctg Division - Bankry Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Department of Revenue
111 East 17th Street
Lyndon B. Johnson State Office Bldg
Austin, TX 78774

Texas Workforce Commission
TWC Bldg Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Travis County Attorney's Office
Attn: County Attorney
P.O. Box 1748
Austin, TX 78767


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
```

United States Department of Justice
All Divisions
U.S. Attorney Civil Process Clerk
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216