**Fill in this information to identify the case:**

Debtor name  Shoreview Apartments LLC

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): 25-10567

❑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ 0

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $ 0

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 13,050,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... + $ 0

4. **Total liabilities**.................................................................
   Lines 2 + 3a + 3b
   $ 13,050,000

**Fill in this information to identify the case:**

Debtor name _Shoreview Apartments LLC_

United States Bankruptcy Court for the: _Western_ District of _Texas_
(State)

Case number (If known): _25-10567_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   - ☑ No. Go to Part 2.
   - ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1** — $ 0

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1. | $ 0 |
| 7.2. | $ 0 |

Debtor ___Shoreview Apartments LLC_____   Case number *(if known)* _25-10567_
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____   $ 0 _____
   8.2. _____   $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                $ 0 _____

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ....➔        $ _____
                                face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ....➔        $ _____
                                face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 0 _____

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $ _____
    14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:
    15.1. Shoreview Holding LLC _____   100 ____%   _____   $ Unknown _____
    15.2. _____   ____%       _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $ _____
    16.2. _____   _____   $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.          $ 0 _____

---

Debtor      Shoreview Apartments LLC
            _____
            Name

Case number (if known)    25-10567
            _____

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor  Shoreview Apartments LLC
Name

Case number (if known) 25-10567

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ Unknown |
| 40. **Office fixtures** Lender Liability Claim against Pearlmark filed in Illinois _____ Unknown | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

0

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Shoreview Apartments LLC
Name

Case number *(if known)*   25-10567

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $ 0 _____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $ 0 _____ |
| 48.2 _____ | $_____ | _____ | $ 0 _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $ 0 _____ |
| 49.2 _____ | $_____ | _____ | $ 0 _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $ 0 _____ |

51. **Total of Part 8.** ✓
Add lines 47 through 50. Copy the total to line 87.

$ 0   0

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

0

---

Debtor   Shoreview Apartments LLC _____   Case number (*if known*) **25-10567**
Name

---

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $0 _____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

0

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

0

---

### Part 10:   Intangibles and intellectual property

0

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.                     ✓              0   0

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0

---

Debtor  Shoreview Apartments LLC

Name

Case number *(if known)* 25-10567

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➜  $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local) ✓

| | |
|---|---|
| _____ | Tax year _____ $_____ |
| _____ | Tax year _____ $_____ |
| _____ | Tax year _____ $_____ |

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $ Unknown

Nature of claim   Lender Liability Claim against Pearlmark filed in Illinois

Amount requested  $ Unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim   _____

Amount requested  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

0

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Shoreview Apartments LLC
       Name

Case number *(if known)*  **25-10567**

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | 0 |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | 0 |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | 0 |
| 88. **Real property.** *Copy line 56, Part 9. .* ................................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | 0 |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $_____ | 0 |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $_____ | ✚ 91b. $_____  0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................... 0 $_____  0

✓

✓

✓

0

**Fill in this information to identify the case:**

Debtor name __SHOREVIEW APARTMENTS LLC__

United States Bankruptcy Court for the: __WESTERN__ District of __TEXAS__
(State)

Case number (If known): __25-10567__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien |
| --- | --- |
| PMRP V HOLDINGS LLC | EQUITY INTEREST IN PLF SHOREVIEW LLC |

Column A: $ 13,050,000    Column B: $ 13,050,000

Creditor's mailing address

200 WEST MADISON STREET ST 2800

CHICAGO, IL 60606

**Describe the lien**
EQUITY INTEREST LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred __12/15/2021__

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien |
| --- | --- |

$ ____    $ ____

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 13,050,000

| Debtor | SHOREVIEW APARTMENTS LLC | Case number (if known) 25-10567 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | SHOREVIEW APARTMENTS LLC | Case number *(if known)* 25-10567 |
|---|---|---|
| | Name | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____ Shoreview Apartments LLC _____

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
                                                                          (State)

Case number ___25-10567___
(If known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____  Case number *(if known)* _25-10567_
        Shoreview Apartments LLC
        Name

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Shoreview Apartments LLC | Case number *(if known)* | 25-10567 |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____Shoreview Apartments LLC_____
          Name

Case number (if known) ____25-10567____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.____  **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Shoreview Apartments LLC
Name

Case number *(if known)* 25-10567

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Shoreview Apartments LLC
_____
          Name

Case number *(if known)*  25-10567

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____Shoreview Apartments LLC_____
    Name

Case number (if known) ___25-10567___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 0 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0 |

| Fill in this information to identify the case: |
|---|

Debtor name __Shoreview Apartments LLC__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (If known): __25-10567__ Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Debtor | Shoreview Apartments LLC | Case number *(if known)* | 25-10567 |
|---|---|---|---|
| | Name | | |

## ▓ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __SHOREVIEW APARTMENTS LLC__

United States Bankruptcy Court for the: __WESTERN__ District of __TEXAS__
(State)

Case number (If known): __25-10567__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 PLF SHOREVIEW MEZZ LLC | 9050 N. CAPITAL TEXAS HWY 320 <br> Street <br> AUSTIN, TX 78759 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 MDW SHOREVIEW MEZZLLC | 9050 N. CAPITAL TEXAS HWY 320 <br> Street <br> AUSTIN, TX 78759 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 MEISHA WILSON | 1813 MANATEE AVE WEST <br> Street <br> BRADENTON, FL 34205 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 PAUL FEIKEMA & LAUREN FEIKEMA | 8820 17TH AVENUE CIRCLE NW <br> Street <br> BRADENTON, FL 34209 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 RYAN WEBSTER | 1570 INDIAN CREEK RD MARION, IA 52302 <br> Street <br> MARION, IA 52302 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 COLIN KILGORE | 3001 RR 620 S STE 324 <br> Street <br> AUSTIN, TX 78738 <br> City / State / ZIP Code | PMRP V HOLDINGS LLC | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | SHOREVIEW APARTMENTS LLC | Case number (if known) | 25-10567 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ JUSTIN HOBSON | 3001 RR 620 S STE 324 <br> Street <br><br> AUSTIN,TX 78738 <br> City        State        ZIP Code | PMRP V HOLDINGS LLC | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ WARREN DRESNER | 1570 INDIAN CREEK RD MARION, IA 52302 <br> Street <br><br> <br> City        State        ZIP Code | PMRP V HOLDINGS LLC | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ | Street <br><br> <br> City        State        ZIP Code | | ❑ D <br> ❑ E/F <br> ❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Shoreview Apartments LLC _____

United States Bankruptcy Court for the: _____ Western _____ District of _____ Texas _____
(State)

Case number (*If known*): _____ 25-20567 _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 05/23/2025 _____     ✗ _____
MM / DD / YYYY                                          Signature of individual signing on behalf of debtor

Monte Lee-Wen
_____
Printed name

Manager
_____
Position or relationship to debtor